UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                       :

IN RE: SUBPOENA ON PHARMA HOLDING, INC.   :         23-MC-90 (JMF)
                                                                      :

                                                                      :                     <u>ORDER</u>
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today, the parties are directed to submit a joint status update on or before **May 9, 2023**.  The parties should address whether this matter needs to be briefed (and, if so, propose a briefing schedule) and/or whether it can and should be transferred under Rule 45 to the district in which the underlying case is proceeding.

       SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                                             _____
                                                                 JESSE M. FURMAN
                                                               United States District Judge